UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| GERALD TAYLOR, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIFE PARTNERS HOLDINGS, INC., BRIAN D. PARDO, NINA PIPER, DAVID M. MARTN and R. SCOTT PEDEN,<br><br>　　　　　Defendants. | § § § § § § § § § § § § § § § | Civil Action No.2:11-CV-00018 AM<br><br>CLASS ACTION |
| SELMA STONE, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN D. PARDO, DAVID M. MARTIN, NINAPIPER, R. SCOTT PEDEN, LIFE PARTNERSHOLDINGS, INC., and LIFE PARTNERS INC.,<br><br>　　　　　Defendants. | § § § § § § § § § § § § § § § | Civil Action No.6:11-CV-00016 AM<br><br>CLASS ACTION |

[*Caption Continued on Following Page*]

NOTICE OF FILING

| | |
|---|---|
| JEREMY GOAD, Individually and on Behalf of All Others Similarly Situated, <br><br>　　　　　　　　　　　Plaintiff, <br><br>　　v. <br><br>LIFE PARTNERS HOLDINGS, INC., BRIAN D. PARDO, DAVID M. MARTIN, and NINA PIPER, <br><br>　　　　　　　　　　　Defendants. | Civil Action No.6:11-cv-00017 AM <br><br> <u>CLASS ACTION</u> |
| JOY DITTBERNER, On Behalf of Herself and All Others Similarly Situated, <br><br>　　　　　　　　　　　Plaintiffs, <br><br>　　v. <br><br>LIFE PARTNERS HOLDINGS, INC., DAVID M. MARTIN, BRINA PARDO, R. SCOTT PEDEN, and NINA PIPER, <br><br>　　　　　　　　　　　Defendants. | Civil Action No.6:11-cv-00019 AM <br><br> <u>CLASS ACTION</u> |
| DAVID G. SANTACROCE, Individually and on Behalf of All Others Similarly Situated, <br><br>　　　　　　　　　　　Plaintiff, <br><br>　　v. <br><br>LIFE PARTNERS HOLDINGS, INC., BRIAN D. PARDO, DAVID M. MARTIN, and NINA PIPER, <br><br>　　　　　　　　　　　Defendants. | Civil Action No.6:11-cv-00020 AM <br><br> <u>CLASS ACTION</u> |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT: On April 4, 2011, Plaintiff Stewart Scothorn, by and through his counsel of record, Hagens Berman Sobol Shapiro LLP ("Hagens Berman") filed a motion to: 1) consolidate five related securities class actions in the Western District of Texas; 2) transfer the related cases to this jurisdiction; 3) appoint a lead plaintiff; and 4) appoint Hagens Berman as Lead Counsel.

Plaintiff Scothorn filed his motion in the first-filed action pending in the Western District of Texas, No. 2:11-CV-00018 AM.  Given the similarities of the cases filed, Mr. Scothorn respectfully submits that the cases pending in the Western District of Texas should be consolidated in the interests of justice and judicial efficiency.

DATED:  April 4, 2011        Respectfully submitted,

SHIELDS, BRITTON & FRASER, P.C.


By   /s/ John D. Fraser
        JOHN D. FRASER

5401 Village Creek Drive
Plano, TX 75093
State Bar #:  07393550
Telephone:     (469) 726-3070
Facsimile:     (972) 788-4332
E-mail:  Jfraser@sbflegal.com

*Proposed Local Liaison Counsel for Proposed Lead Plaintiff and the Class*

Steve W. Berman
Washington State Bar # 12536
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

>Reed R. Kathrein
>California State Bar #: 139304
>Peter E. Borkon
>California State Bar #: 212596
>HAGENS BERMAN SOBOL SHAPIRO LLP
>715 Hearst Avenue, Suite 202
>Berkeley, CA 94710
>Telephone:  (510) 725-3000
>Facsimile:  (510) 725-3001
>
>Proposed Lead Counsel for Proposed Lead Plaintiff and The Class Application for Admission Pro Hac Vice in Process

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
JOHN D. FRASER